**Fill in this information to identify the case:**

Debtor 1 __LUIS FRANCO__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western__   District of __Texas__
(State)

Case number __16-30989-HCM-13__

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 5 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2021

**New total payment:** $ 987.70
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 398.22    New escrow payment: $ 424.92

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | LUIS FRANCO | | | Case number (if known) 16-30989-HCM-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

❏ I am the creditor

❏ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Rachael Swernofsky    Date 10/08/2021
Signature

Print: Rachael        Swernofsky        Title ATTORNEY FOR CREDITOR
       First Name  Middle Name  Last Name

Company: BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

Address: 4004 BELT LINE ROAD SUITE 100
         Number            Street

         ADDISON, TEXAS 75001
         City           State       ZIP Code

Contact phone (972) 341-0587    Email WDECF@BDFGROUP.COM

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 08, 2021, a true and correct copy of the Notice of Mortgage Payment Change was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP

BY: /s/ Rachael Swernofsky     10/08/2021
    Rachael Swernofsky
    TX NO. 24097169
    4004 BELT LINE ROAD SUITE 100
    ADDISON , TX 75001
    Telephone: (972) 341-0587
    E-mail: WDECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
LUIS FRANCO
3969 TIERRA OSO PL.
EL PASO, TX 79938

**DEBTOR'S ATTORNEY:**
MICHAEL R. NEVAREZ
P,O BOX 12247
EL PASO, TX 79913

**TRUSTEE:**
STUART C. COX
1760 N. LEE TREVINO DR
EL PASO, TX 79936